# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 2:17-cr-00306-JCM-PAL |
| Plaintiff, | |
| vs. | ORDER |
| ALDO YMERAJ, | (Docket No. 506) |
| Defendant. | |

Pending before the Court is Defendant Aldo Ymeraj's motion to modify the Court's prior order regarding his psychological evaluation. Docket No. 506. For good cause shown, the motion is **GRANTED**.

The Court amends its prior order, Docket No. 454, to delete the requirement that the psychological evaluation determine whether Defendant suffered from a mental disease or defect rendering him mentally incompetent at the time of the commission of the offenses charged. Docket No. 454 at 2. All other portions of the order remain in effect.

IT IS SO ORDERED.

DATED: March 21, 2019.

NANCY J. KOPPE
UNITED STATES MAGISTRATE JUDGE