CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 004349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
E-Mail: contact@christopheroramlaw.com

Attorney for Defendant
ALDO YMERAJ

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| **United States of America**, | Case No. 2:17-cr-306-JCM-PAL-31 |
| Plaintiff, | |
| v. | **Stipulation for Exclusion of Time Under the Speedy Trial Act** |
| **Aldo Ymeraj, *et al.*,** | |
| Defendants. | |

The United States of America, by and through DAVID L. JAFFE, Chief, United States Department of Justice Organized Crime and Gang Section, KELLY PEARSON, Deputy Chief, and ALEXANDER B. GOTTFRIED and CHAD W. MCHENRY, Trial Attorneys; and the Defendant, ALDO YMERAJ, through his counsel, CHRISTOPHER ORAM, submit this stipulation in support of the exclusion of time under the Speedy Trial Act until the Status Conference on May 10, 2019. In support of this stipulation, the parties state:

1. On January 30, 2018, a grand jury in the District of Nevada returned the Second Superseding Indictment ("the Indictment") against the Defendant and

thirty-five others. ECF No. 303. The Indictment charged the Defendant with Racketeering Conspiracy, in violation of 18 U.S.C. § 1962(d), alleging that the Defendant conspired to participate in the conduct of the affairs of the Infraud Organization through a pattern of racketeering activity.

2. On January 7, 2019, the Defendant made his initial appearance on the above-referenced charges in front of Magistrate Judge Nancy J. Koppe, following his extradition from Albania. The defendant entered a plea of not guilty and was joined with his co-defendants for trial on October 7, 2019. The Government moved for detention and the Defendant was detained pending trial.

3. On January 8, 2019, based on representations made by counsel during the initial appearance, Magistrate Judge Koppe ordered that the Defendant undergo a mental competency evaluation pursuant to 18 U.S.C. §§4241 and 4242. The Defendant was ordered to be transferred to a suitable Bureau of Prisons facility that conducts psychological evaluations. The Court found that the period required for the examination, and for the Court's determination of the Defendant's competency to stand trial, is excludable time under the United States Constitution, the Speedy Trial Act, 18 U.S.C. § 3161(h)(1)(A), and Rule 5.1 of the Federal Rules of Criminal Procedure.

4. On April 11, 2019, a status hearing was held in front of Magistrate Judge Peggy A. Leen. The court heard representations that the Defendant was still receiving treatment at the Bureau of Prisons and that the ordered psychological

evaluation had not yet been completed. The Court set a further status conference on the issue for May 10, 2019, at 9:30 a.m.

5. . The parties agree that the time until the status conference is excludable under the Speedy Trial Act. Pursuant to 18 U.S.C. § 3161(h)(1)(A), and period of delay "resulting from any proceeding, including any examinations, to determine the mental competency or physical capacity of the defendant" is excludable under the Act.

6. With respect to the Defendant's co-defendants, the Court has previously designated this case as complex within the meaning of 18 U.S.C. §3161(h)(7)(A), and excluded all time until the October 7 trial considering the factors under 18 U.S.C. § 3161(h)(8)(B)(l)(i) and (ii).

**DATED** this 12th day of April, 2019.

Respectfully submitted,                    Agreed:

DAVID L. JAFFE
Organized Crime and Gang Section

*/ s / Alex Gottfried*                     */s/ Christopher Oram*

ALEXANDER B. GOTTFRIED                     CHRISTOPHER ORAM, ESQ.
Trial Attorney                             Counsel for Defendant Ymeraj

# ORDER

Upon stipulation of the parties and good cause appearing,

IT IS SO ORDERED.

The period of time required to complete the psychological evaluation of the Defendant, up until the Status Conference on May 10, 2019, is excluded under the Speedy Trial Act, 18 U.S.C. § 3141(h)(1)(A).

_____
Hon. Peggy A. Leen
United States Magistrate Judge
District of Nevada

Dated: April 15, 2019