CHRISTOPHER R. ORAM, ESQ
Nevada Bar No. 4349
520 South Fourth Street, Second Floor
Las Vegas, Nevada 89101
(702) 384-5563
*Attorney for Aldo Ymeraj*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>vs.<br><br>ALDO YMERAJ,<br><br>             Defendant. | CASE NO.: 2:17-cr-00306-JCM-VCF<br><br>**ORDER TO FILE DOCUMENT UNDER SEAL** |

Upon the motion of the Defendant, Aldo Ymeraj, and good cause appearing therefor:

IT IS HEREBY ORDERED that the Motion for Leave to File Document Under Seal is GRANTED.

IT IS FURTHER ORDERED that Defendant Aldo Ymeraj's Sentencing Memorandum be filed under seal.

DATED August 19, 2021.

_____
HONORABLE JAMES C. MAHAN
UNITED STATES DISTRICT COURT JUDGE

1